**DISMISS; and Opinion Filed July 14, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01579-CV

**MISHA BENNETT-HICKMAN, Appellant**
**V.**
**JON FOLEY AND OLIN CLEMONS, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06006-B**

## MEMORANDUM OPINION
Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Fillmore

Misha Bennett-Hickman's brief in this case is overdue. By postcard dated May 16, 2014, we informed Bennett-Hickman that the time for filing her brief had expired. We directed her to file both her brief as well as a motion to extend time to file the brief within ten days of the date of the postcard. We cautioned her that the failure to file her brief and extension motion within the time stated would result in the dismissal of this appeal without further notice. To date, Bennett-Hickman has not filed her brief or an extension motion, nor has she otherwise corresponded with the Court regarding the status of her appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
131579F.P05                                         JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MISHA BENNETT-HICKMAN, Appellant

No. 05-13-01579-CV        V.

JON FOLEY AND OLIN CLEMONS,
Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-06006-B.
Opinion delivered by Justice Fillmore,
Justices Evans and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees JON FOLEY AND OLIN CLEMONS recover their costs of this appeal, if any, from appellant MISHA BENNETT-HICKMAN.

Judgment entered this 14th day of July, 2014.